Elissa D. Miller
millertrustee@sulmeyerlaw.com
333 S. Hope Street, 35th Flr
Los Angeles, CA 90071
(213) 626-2311
(213) 629-4520

Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

**JACKSON, RAYNARD EMIL**

Debtor(s)

Case No. 2:14-BK-28957-RK

Chapter 7

**TURNOVER OF UNCLAIMED DIVIDEND(S)**

[Bankruptcy Rule 3011]

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith check number 109 in the amount of $1,192.94 representing the total amount of unclaimed dividend(s) in the above entitled estate. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 6 | John L. McKay, Jr. & Laura E. McKay<br>c/o Law Offices of Andrew D. Weiss, 26459 Rancho Parkway South<br>Lake Fores, CA 92630 | 148,398.87 | 1,192.94 |
| | | TOTAL CHECK AMOUNT: | $1,192.94 |

Dated: November 3, 2016

/s/Elissa D. Miller
Elissa D. Miller, TRUSTEE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF UNCLAIMED DIVIDEND will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 4, 2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Diane Butler dbutler@dianebutlerlaw.net, j.butler@dianebutlerlaw.net
- Michael F Chekian mike@cheklaw.com, msalanick@cheklaw.com
- Mark D Estle mark.estle@buckleymadole.com
- Elissa Miller (TR) CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com
- Cassandra J Richey cmartin@pralc.com
- Keefe E Roberts bkinfo@kralawfirm.com
- Ramesh Singh claims@recoverycorp.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Jennifer H Wang jwang@cookseylaw.com, jwang@ecf.courtdrive.com
- Allan S Williams allan@aswlawgroup.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 4, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the

judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 4, 2016 | Lorraine L Robles | /s/ Lorraine L. Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |